IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**IAN BAYLEE MOYTOY**                                                                                           **PLAINTIFF**

V.                                           No. 4:23-CV-01008-JM

**ARKANSAS DEPARTMENT OF
HUMAN SERVICES, ET AL.**                                                                                **DEFENDANTS**

**ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] "Although the statute of limitations is an affirmative defense, a district court may properly dismiss an in forma pauperis complaint under 28 U.S.C. § 1915(d) when it is apparent the statute of limitations has run."[2]

Plaintiff's § 1983 complaint asserts Eighth Amendment violations for actions that occurred between 1990 and 1992.[3] Events that occurred over thirty years ago are well outside of the statute of limitations.

Because Plaintiff's complaint is outside the statute of limitations, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is MOOT.

IT IS SO ORDERED this 27th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1]See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2]*Myers v. Vogal*, 960 F.2d 750, 751 (8th Cir.1992).

[3]Doc. No. 2 at 5.