IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**IAN BAYLEE MOYTOY**                                                                                   **PLAINTIFF**

v.                                    Case No. 4:23-cv-1008 JM

**ARKANSS DEPARTMENT OF
HUMAN SERVICES,** *et al*.                                                                      **DEFENDANTS**

## ORDER

Before the Court is Ian Moytoy's motion for reconsideration. (Doc. 5). Moytoy argues that the 3-year statute of limitations that governs cases brought under 42 U.S.C. § 1983 does not apply to his claims. Instead, he argues that, under Ark. Code Ann. § 16-118-118, his claims have been revived. Whether Ark. Code Ann. § 16-118-118 extends the statute of limitations that governs constitutional claims under 42 U.S.C. §1983 need not be decided as it is evident from the statute that the civil action is untimely commenced. Section 16-118-118(b)(2) plainly states that a civil action cannot be raised under this statute "earlier than six (6) months after . . . August 1, 2023." Because Moytoy brought his suit on October 10, 2023, any action brought under § 16-118-118 is untimely. Motion for reconsideration (Doc. 5) is denied.

IT IS SO ORDERED this 22nd day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE